AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Derrick L. Span )<br>*Plaintiff* )<br>v.   )<br>Pinal County Community College District )<br>*Defendant* ) | Civil Action No. CV-23-02233-PHX-JJT |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: EQUAL EMPLOYMENT OPPORTUNITY COMMISSION   Attn: Melinda Caraballo Director of Phoenix District

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **Produce all documents relating to any and all allegations against Central Arizona College involving racial discrimination or retaliation in the last ten (10) years. Please note that this request includes, without limitation, all documents relating to allegations made by Michelle Young, Dawn E. Conley, Candice Ross, Lisa Hahn, and Tremaine Aaron**

| Place: The People's Law Firm<br>645 North 4th Ave, Suite A<br>Phoenix, Arizona 85260 | Date and Time:<br>January 15, 2025 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| CLERK OF COURT | OR | *[signature]* |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Derrick L. Span , who issues or requests this subpoena, are:
Stephen Benedetto, The People's Law Firm, 645 N 4th Ave, Suite A, Phoenix, AZ 85003 , admin@the-plf.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).