THE PEOPLE'S LAW FIRM, PLC
Stephen D. Benedetto (Ariz. Bar No. 022349)
645 North 4th Avenue, Suite A
Phoenix, Arizona 85003
Telephone: (602) 456-1901
Facsimile: (602) 801-2834

*Firm email for docketing purposes:*
admin@the-plf.com

*Attorneys for Plaintiff Derrick L. Span*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Derrick L Span;<br><br>                Plaintiffs,<br><br>v.<br><br>Pinal County Community College District;<br><br>                Defendant. | Case No. 2:23-CV-02233-PHX-JJT<br><br>**NOTICE OF INTENT TO SERVE SUBPOENA** |

Notice is hereby given of Plaintiff Derrick L Span's intent to serve a subpoena on the Equal Employment Opportunity Commission in the form attached hereto at Appendix 1.

DATED this 12th day of December, 2024.

                                              THE PEOPLE'S LAW FIRM, PLC
                                              645 North 4th Avenue, Suite A
                                              Phoenix, Arizona  85003

                                              By: /s/ Stephen D. Benedetto
                                                     Stephen D. Benedetto
                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*Attorneys for Defendant*

    Lisa Anne Smith (AZ # 16762)
    lasmith@dmyl.com
    Clayton R. Kramer (AZ # 34258)
    ckramer@dmyl.com

    DECONCINI MCDONALD YETWIN & LACY, P.C.
    2525 EAST BROADWAY BLVD., SUITE 200
    TUCSON, AZ 85716-5300

By: /s/ D. Michael Benedetto
    *An employee of The People's Law Firm, PLC*