**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Derrick L. Span,<br><br>  Plaintiff,<br><br>v.<br><br>Pinal County Community College District,<br><br>  Defendant. | No. CV-23-02233-PHX-JJT<br><br>**ORDER** |

At issue is Plaintiff's Motion for Leave to File Response in Excess of Page Limitations (Doc. 72). No opposition having been filed and good cause appearing,

**IT IS ORDERED** granting Plaintiff's Motion for Leave to File Response in Excess of Page Limitations (Doc. 72). Plaintiff may file the Response to Motion for Summary Judgment three pages over the page limit.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to file the proposed Response to Motion for Summary Judgment lodged at Document 73.

Dated this 16th day of September, 2025.

Honorable John J. Tuchi
United States District Judge